| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Jacklyn Christine Zamayoa<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/14/2022    Jacklyn Christine Zamayoa    [Signature]
                    Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                F 1002-1.EMP.INCOME.DEC

# Earnings Statement

ZAMAYOA, JACKLYN C

| | |
|---|---|
| Pay Date: 10/07/2022 | Emp #: 1553 |
| Period Start: 09/16/2022 | Dept: 1100 - Teachers' Salaries |
| Period End: 09/30/2022 | Pay Basis: Salary |

Company: 0HS91 - HAVEN GALLERY
DBA: THE SCHOOL OF ARTS AND ENTERPRISE
295 N GAREY AVE
POMONA  CA  91767   (909) 622-0699

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 31.49 | 62.67 | 1973.08 | 9655.51 |
| Sick (Aug) | 31.49 | 24.00 | 755.65 | 1259.41 |
| ADDPAYR | 25.00 | 0.00 | 0.00 | 300.00 |

*Denotes an override during payroll processing.*

| | | | | |
|---|---|---|---|---|
| **Gross** | | 86.67 | **2728.73** | **11214.92** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 132.41 | 576.96 |
| Medicare | | | 37.75 | 157.18 |
| Social Security | | | 0.00 | 0.00 |
| California State W/H(S/0) | | | 86.09 | 379.07 |
| CaliforniaSDI Tax | | | 28.64 | 119.24 |
| **Deductions** | | | | |
| Dental PPO 2000 | | | 9.02 | 27.06 |
| EESTRS_P | | | 278.47 | 1144.49 |
| Kaiser HMO High Med | | | 114.39 | 343.17 |
| Summer Hold Back | | | 218.30 | 897.20 |
| UNIONDUES | | | 46.81 | 187.24 |
| VSP Vision | | | 1.54 | 4.62 |
| **Net Pay** | | | **1775.31** | **7378.69** Voucher No. 417099048DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1775.31 | 7378.69 A/C:7174 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Basic Life Memo * | 2.93 | 8.79 | *Memo Only | |
| ERSTRS_P * | 521.19 | 2142.06 | *Memo Only | |
| Employer Dental Contribution * | 21.03 | 63.09 | *Memo Only | |
| Employer Vision Contribution * | 3.58 | 10.74 | *Memo Only | |
| Kaiser Employer Contribution * | 266.92 | 800.76 | *Memo Only | |
| Sick (August) Hours | 0.00 | 128.00 | 40.00 | 88.00 |

# Earnings Statement

ZAMAYOA, JACKLYN C

| | |
|---|---|
| Pay Date: 10/26/2022 | Emp #: 1553 |
| Period Start: 10/01/2022 | Dept: 1100 - Teachers' Salaries |
| Period End: 10/15/2022 | Pay Basis: Salary |

Company: 0HS91 - HAVEN GALLERY
DBA: THE SCHOOL OF ARTS AND ENTERPRISE
295 N GAREY AVE
POMONA  CA  91767   (909) 622-0699

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 31.49 | 82.67 | 2602.79 | 12258.30 |
| Sick (Aug) | 31.49 | 4.00 | 125.94 | 1385.35 |
| ADDPAYR | 25.00 | 0.00 | 0.00 | 300.00 |

*Denotes an override during payroll processing.*

| | | | | |
|---|---|---|---|---|
| **Gross** | | 86.67 | 2728.73 | 13943.65 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 132.41 | 709.37 |
| Medicare | | | 37.76 | 194.94 |
| Social Security | | | 0.00 | 0.00 |
| California State W/H(S/0) | | | 86.09 | 465.16 |
| CaliforniaSDI Tax | | | 28.64 | 147.88 |
| **Deductions** | | | | |
| Dental PPO 2000 | | | 9.02 | 36.08 |
| EESTRS_P | | | 278.47 | 1422.96 |
| Kaiser HMO High Med | | | 114.39 | 457.56 |
| Summer Hold Back | | | 218.30 | 1115.50 |
| UNIONDUES | | | 46.81 | 234.05 |
| VSP Vision | | | 1.54 | 6.16 |
| **Net Pay** | | | **1775.30** | **9153.99** Voucher No. 420900822DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 1775.30 | 9153.99 A/C:7174 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Basic Life Memo * | 2.93 | 11.72 *Memo Only | | |
| ERSTRS_P * | 521.19 | 2663.25 *Memo Only | | |
| Employer Dental Contribution * | 21.03 | 84.12 *Memo Only | | |
| Employer Vision Contribution * | 3.58 | 14.32 *Memo Only | | |
| Kaiser Employer Contribution * | 266.92 | 1067.68 *Memo Only | | |
| Sick (August) Hours | 0.00 | 128.00 | 44.00 | 84.00 |

# Earnings Statement

**ZAMAYOA, JACKLYN C**

| | |
|---|---|
| Pay Date: 11/10/2022 | Company: 0HS91 - HAVEN GALLERY |
| Period Start: 10/16/2022 | DBA: THE SCHOOL OF ARTS AND ENTERPRISE |
| Period End: 10/31/2022 | 295 N GAREY AVE |
| | POMONA  CA  91767   (909) 622-0699 |

Emp #: 1553
Dept: 1100 - Teachers' Salaries
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 31.49 | 62.67 | 1973.08 | 14231.38 |
| Sick (Aug) | 31.49 | 24.00 | 755.65 | 2141.00 |
| ADDPAYR | 25.00 | 0.00 | 0.00 | 300.00 |

*Denotes an override during payroll processing.*

| | | | | |
|---|---|---|---|---|
| **Gross** | | 86.67 | **2728.73** | **16672.38** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 132.41 | 841.78 |
| Medicare | | | 37.75 | 232.69 |
| Social Security | | | 0.00 | 0.00 |
| California State W/H(S/0) | | | 86.09 | 551.25 |
| CaliforniaSDI Tax | | | 28.64 | 176.52 |
| **Deductions** | | | | |
| Dental PPO 2000 | | | 9.02 | 45.10 |
| EESTRS_P | | | 278.47 | 1701.43 |
| Kaiser HMO High Med | | | 114.39 | 571.95 |
| Summer Hold Back | | | 218.30 | 1333.80 |
| UNIONDUES | | | 46.81 | 280.86 |
| VSP Vision | | | 1.54 | 7.70 |
| **Net Pay** | | | **1775.31** | **10929.30** Voucher No. 425000638DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1775.31 | 10929.30 A/C:7174 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Basic Life Memo * | 2.93 | 14.65 | *Memo Only | |
| ERSTRS_P * | 521.19 | 3184.44 | *Memo Only | |
| Employer Dental Contribution * | 21.03 | 105.15 | *Memo Only | |
| Employer Vision Contribution * | 3.58 | 17.90 | *Memo Only | |
| Kaiser Employer Contribution * | 266.92 | 1334.60 | *Memo Only | |
| Sick (August) Hours | 0.00 | 128.00 | 68.00 | 60.00 |

# Earnings Statement

ZAMAYOA, JACKLYN C

| | |
|---|---|
| Pay Date: 11/23/2022 | Company: 0HS91 - HAVEN GALLERY |
| Period Start: 11/01/2022 | DBA: THE SCHOOL OF ARTS AND ENTERPRISE |
| Period End: 11/15/2022 | 295 N GAREY AVE |
| | POMONA  CA  91767   (909) 622-0699 |

Emp #: 1553
Dept: 1100 - Teachers' Salaries
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 31.49 | 82.67 | 2602.79 | 16834.17 |
| Sick (Aug) | 31.49 | 4.00 | 125.94 | 2266.94 |
| ADDPAYR | 25.00 | 0.00 | 0.00 | 300.00 |

*Denotes an override during payroll processing.*

| | | | | |
|---|---|---|---|---|
| **Gross** | | 86.67 | 2728.73 | 19401.11 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 132.41 | 974.19 |
| Medicare | | | 37.76 | 270.45 |
| Social Security | | | 0.00 | 0.00 |
| California State W/H(S/0) | | | 86.09 | 637.34 |
| CaliforniaSDI Tax | | | 28.65 | 205.17 |
| **Deductions** | | | | |
| Dental PPO 2000 | | | 9.02 | 54.12 |
| EESTRS_P | | | 278.47 | 1979.90 |
| Kaiser HMO High Med | | | 114.39 | 686.34 |
| Summer Hold Back | | | 218.30 | 1552.10 |
| UNIONDUES | | | 46.81 | 327.67 |
| VSP Vision | | | 1.54 | 9.24 |
| **Net Pay** | | | **1775.29** | **12704.59** Voucher No. 427390431DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1775.29 | 12704.59 A/C:7174 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Basic Life Memo * | 2.93 | 17.58 | *Memo Only | |
| ERSTRS_P * | 521.19 | 3705.63 | *Memo Only | |
| Employer Dental Contribution * | 21.03 | 126.18 | *Memo Only | |
| Employer Vision Contribution * | 3.58 | 21.48 | *Memo Only | |
| Kaiser Employer Contribution * | 266.92 | 1601.52 | *Memo Only | |
| Sick (August) Hours | 0.00 | 128.00 | 72.00 | 56.00 |

# Earnings Statement

ZAMAYOA, JACKLYN C

| | |
|---|---|
| Pay Date: 12/09/2022 | Company: 0HS91 - HAVEN GALLERY |
| Period Start: 11/16/2022 | DBA: THE SCHOOL OF ARTS AND ENTERPRISE |
| Period End: 11/30/2022 | 295 N GAREY AVE |
| | POMONA  CA  91767   (909) 622-0699 |

Emp #: 1553
Dept: 1100 - Teachers' Salaries
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 31.49 | 86.67 | 2728.73 | 19562.90 |
| Sick (Aug) | 31.49 | 0.00 | 0.00 | 2266.94 |
| ADDPAYR | 25.00 | 0.00 | 0.00 | 300.00 |
| STIPENDSN | | | 0.00 | 2500.00 |

*Denotes an override during payroll processing.*

| | | | | |
|---|---|---|---|---|
| **Gross** | | 86.67 | 2728.73 | 24629.84 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 132.41 | 1259.98 |
| Medicare | | | 37.75 | 344.45 |
| Social Security | | | 0.00 | 0.00 |
| California State W/H(S/0) | | | 86.09 | 824.90 |
| CaliforniaSDI Tax | | | 28.64 | 261.31 |
| **Deductions** | | | | |
| Dental PPO 2000 | | | 9.02 | 63.14 |
| EESTRS_P | | | 278.47 | 2258.37 |
| Kaiser HMO High Med | | | 114.39 | 800.73 |
| Summer Hold Back | | | 218.30 | 1770.40 |
| UNIONDUES | | | 46.81 | 374.48 |
| VSP Vision | | | 1.54 | 10.78 |
| **Net Pay** | | | 1775.31 | 16661.30 *Check No. 412520146* |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 1775.31 | 16661.30 *A/C:* |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Basic Life Memo * | 2.93 | 20.51 | *Memo Only* | |
| ERSTRS_P * | 521.19 | 4226.82 | *Memo Only* | |
| Employer Dental Contribution * | 21.03 | 147.21 | *Memo Only* | |
| Employer Vision Contribution * | 3.58 | 25.06 | *Memo Only* | |
| Kaiser Employer Contribution * | 266.92 | 1868.44 | *Memo Only* | |
| Sick (August) Hours | 0.00 | 128.00 | 72.00 | 56.00 |

# Earnings Statement

ZAMAYOA, JACKLYN C

| | |
|---|---|
| Pay Date: 12/09/2022 | Emp #: 1553 |
| Period Start: 11/16/2022 | Dept: 1100 - Teachers' Salaries |
| Period End: 11/30/2022 | Pay Basis: Salary |

Company: 0HS91 - HAVEN GALLERY
DBA: THE SCHOOL OF ARTS AND ENTERPRISE
295 N GAREY AVE
POMONA  CA  91767    (909) 622-0699

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 31.49 | 86.67 | 2728.73 | 19562.90 |
| Sick (Aug) | 31.49 | 0.00 | 0.00 | 2266.94 |
| ADDPAYR | 25.00 | 0.00 | 0.00 | 300.00 |
| STIPENDSN | | | 0.00 | 2500.00 |

*Denotes an override during payroll processing.*

|  |  | | | |
|---|---|---|---|---|
| **Gross** | | 86.67 | 2728.73 | 24629.84 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 132.41 | 1259.98 |
| Medicare | | | 37.75 | 344.45 |
| Social Security | | | 0.00 | 0.00 |
| California State W/H(S/0) | | | 86.09 | 824.90 |
| CaliforniaSDI Tax | | | 28.64 | 261.31 |
| **Deductions** | | | | |
| Dental PPO 2000 | | | 9.02 | 63.14 |
| EESTRS_P | | | 278.47 | 2258.37 |
| Kaiser HMO High Med | | | 114.39 | 800.73 |
| Summer Hold Back | | | 218.30 | 1770.40 |
| UNIONDUES | | | 46.81 | 374.48 |
| VSP Vision | | | 1.54 | 10.78 |
| **Net Pay** | | | **1775.31** | **16661.30** Check No. 412520146 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 1775.31 | 16661.30 A/C: |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Basic Life Memo * | 2.93 | 20.51 *Memo Only | | |
| ERSTRS_P * | 521.19 | 4226.82 *Memo Only | | |
| Employer Dental Contribution * | 21.03 | 147.21 *Memo Only | | |
| Employer Vision Contribution * | 3.58 | 25.06 *Memo Only | | |
| Kaiser Employer Contribution * | 266.92 | 1868.44 *Memo Only | | |
| Sick (August) Hours | 0.00 | 128.00 | 72.00 | 56.00 |