Certificate Number: 14912-CAC-DE-037068267

Bankruptcy Case Number: 22-14662



14912-CAC-DE-037068267

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2022, at 3:11 o'clock PM EST, Jacklyn Zamayoa completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  December 28, 2022         By:    /s/Jai Bhatt

                                 Name:  Jai Bhatt

                                 Title: Counselor